HALLIDAY v. M'DOUGALL, 22 Wend. 264.

Not reported in S. Ct.

### Evidence of Partnership.

IN this case, the Supreme Court held, that where a suit was brought against three partners as drawers of a bill of exchange, the plaintiff was bound to establish the partnership as to a defendant, returned "not found," and that reputation alone was not sufficient to prove it.

The Court of Errors held, that in such an action, where one only was brought in, and the others returned not found, it is sufficient to show that the defendant served, is a member of the firm upon whose contract the action is brought; it is not necessary in such case to prove that the other defendants were members of the firm.

A bill of exchange drawn on *one* of the states of the Union, payable in *another*, is regarded as a foreign bill, and a notarial protest is *prima facie* evidence of its contents.